2
Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Sarah R. Velasco, Esq. #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: noticing@meyer13.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

NANCY J. WILLIAMS

STEVE L. WILLIAMS

    Debtors,

Case No.: 23-12347-B-13F

DC NO. MHM-1

CHAPTER 13

CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

DATE: December 13, 2023
TIME: 9:30 AM
PLACE: U.S. Courthouse
        Dept. B, Courtroom 13
        5th Floor
        2500 Tulare Street
        Fresno, Ca 93721

JUDGE: HON. Rene Lastreto II

MICHAEL H. MEYER, Chapter 13 Trustee in the above referenced matter, objects to Debtor, Nancy J Williams, Claim of Exemptions on the following grounds:

**I.**
**BASIS OF OBJECTION**

The Trustee's objection to exemptions is made on the following grounds:

11 U.S.C. § 522(b)(3) provides that a debtor may exempt:

"any property that is exempt under Federal law, other than subsection (d) of this section, or State or local law that is applicable on the date of the filing of the petition to the place in which the debtor's domicile has been located for the 730 days immediately preceding the date of the filing

of the petition or if the debtor's domicile has not been located in a single State for such 730-day period, the place in which the debtor's domicile was located for 180 days immediately preceding the 730-day period or for a longer portion of such 180-day period than in any other place…."

In the present case, Debtor, Nancy J. Williams filed a Chapter 13 petition on October 20, 2023. See Doc. No. 1. According to the Statement of Financial Affairs, Question 2, Nancy J. Williams resided at 1193 Seaboard Ct., Henderson, Nevada from "before 2020 to 2/2023." See Doc. No. 1. Debtors' exemption schedule utilizes California Code of Civil Procedure § 704 exemptions. See Doc. No. 1. However, Nancy J. Williams has not resided in a single state during the 730 days (October 20, 2021 to October 20, 2023) prior to filing. Therefore, 11 U.S.C. § 522(b)(3) requires that the court look to Nancy J Williams's place of domicile during the 180 days preceding October 20, 2021 (730 days before filing) to determine the exemptions available to her. According to the Schedules, Nancy J. Williams resided in Nevada the entire 180 days before October 20, 2021. Therefore, Nancy J Williams must take the exemptions as provided under Nevada law. See e.g. In re Connor, 419 B.R. 304, 306 (Bankr. E.D.N.C. 2009); In re Fernandez, No. EP-11-CV-123-KC, 2011 WL 3423373, at *6 (W.D. Tex. Aug. 5, 2011).

**WHEREFORE**, the Trustee requests that the Trustee's objection to Debtor Nancy J. Williams' exemption be sustained.

Date:   11/13/2023                                        Respectfully Submitted,

                                                          /s/ Michael H. Meyer
                                                          Michael H. Meyer, Chapter 13 Trustee