2
Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Sarah R. Velasco, Esq. #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: noticing@meyer13.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 23-12347-B-13F |
|---|---|
| NANCY J. WILLIAMS | DC NO. MHM-1 |
| STEVE L. WILLIAMS | CHAPTER 13 |
| Debtors, | NOTICE OF CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTORS CLAIM OF EXEMPTIONS |
| | DATE: December 13, 2023 |
| | TIME: 9:30 AM |
| | PLACE: U.S. Courthouse<br>Dept. B, Courtroom 13<br>5th Floor<br>2500 Tulare Street<br>Fresno, Ca 93721 |
| | JUDGE: Rene Lastreto II |

TO THE DEBTOR, THE COURT AND OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE that the Trustee's Objection to Debtors Claim of Exemptions will come for hearing on December 13, 2023 at 9:30 AM, before the Honorable Rene Lastreto II, of the United States Bankruptcy Court, located at 5th Floor, 2500 Tulare Street, Fresno, Ca 93721, at which time the Court will consider the pleadings and papers of the Motion.

The Motion is being brought pursuant to Local Bankruptcy Rule 9014-1(f)(1) and Federal Rules of Bankruptcy Procedure.

**YOUR RIGHTS MAY BE AFFECTED.** You should read the papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one.

Opposition, if any, to the Motion shall be in writing and shall be <u>served and filed with the Court by the responding party at least fourteen (14) days preceding the date of the hearing</u>. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion if written opposition has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the Motion or may result in the imposition of sanctions.

You must serve a copy on:

    (a)    Michael H. Meyer by email at: noticing@meyer13.com
            Or by first class mail at
            P.O BOX 28950
            Fresno, Ca 93729-8950

    (b)    The US Trustee's Office: ustpRegion17.fr.ecf@usdoj.gov

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(c) as made applicable by <u>FRBP 9017</u>. If the responding party consents to the Court's resolution of disputed material factual issues pursuant to <u>FRCivP 43(c)</u> as made applicable by <u>FRBP 9017</u>. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to <u>FRCivP 43(c)</u>.

Respondents may determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and may view pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

DATE: 11/13/2023

                                        /s/ Michael H. Meyer
                                         Michael H. Meyer, Chapter 13 Trustee